IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEON D. EVE**                                                                                  **PLAINTIFF**
**ADC #121046**

**v.**                       **CASE NO: 5:12CV00389 BSM/JJV**

**SYKES,** *et al.*                                                          **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 7] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed.  No objections have been filed.  After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiff Keon Eve's claims against defendants Chief Bolin and Major Tyler are dismissed with prejudice for failure to state a claim on which relief may be granted, and those defendants are dismissed from this action.

Dated this 30th day of January 2013.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE