**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KEON D. EVE, ADC # 121046                                                                           PLAINTIFF

v.                                         5:12CV00389-JJV

SYKES, Officer, W. C. Dub Brassell
Detention Facility; *et al.*                                                                              DEFENDANTS

## ORDER

Defendants filed a Motion for Summary Judgment (Doc. No. 15) but Plaintiff has not responded.  If Plaintiff wishes to respond, he should do so within twenty-one (21) days of the date of this Order.

IT IS SO ORDERED this 10th day of June, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE