**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KEON EVE, ADC # 121046                                                                    PLAINTIFF

v.                                          5:12CV00389JJV

SYKES, Officer, W. C. Dub Brassell
Detention Facility; *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 22nd day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE